# ALABAMA COURT OF CRIMINAL APPEALS



June 20, 2025

**CR-2022-0684**

Jesse Earl Scheuing v. State of Alabama (Appeal from Calhoun Circuit Court: CC-09-426.60)

## NOTICE

You are hereby notified that on June 20, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk